No. 326. IRVIN v. ZERBST, WARDEN. October 10, 1938. Petition for writ of certiorari to the Circuit Court

598

of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *John Irvin, pro se.* No appearance for respondent.